

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 14, 2019

**VIA ECF**
Honorable Lois H. Goodman, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *In re Insulin Pricing Litigation*
            Civil Action No. 3:17-cv-699-BRM-LHG

Dear Judge Goodman,

    We represent Sanofi-Aventis U.S. in the above-captioned matter. We write on behalf of all parties to respectfully request a continuance of the scheduling conference currently set for October 21, 2019, and of the associated deadline for filing the parties' Joint Discovery Plan (currently due today).

    The parties have been discussing the contents of the Joint Discovery Plan, as well as the terms of the orders that will govern discovery. However, the parties require additional time to complete those discussions. Accordingly, the parties respectfully request that the Court (1) reschedule the conference for November 21 or 22, subject to the Court's availability; and (2) reset the deadline for the Joint Discovery Plan to one week prior to the rescheduled conference date. Of course, in the event that Your Honor is not available on any of the proposed dates, the parties will confer regarding additional mutually agreeable dates.

    Thank you for your continued attention to this matter.

                      Respectfully submitted,

                      *s/ Liza M. Walsh*

                      Liza M. Walsh

cc:    All Counsel of Record (via ECF)