| | |
|---|---|
| James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY, & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700 | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292 |

*Counsel for plaintiffs and the class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSULIN PRICING LITIGATION | Civil Action No. 2:17-cv-00699 (BRM)(ESK)<br><br>**NOTICE OF MOTION** |

To:   All Parties and their Respective Counsel of Record

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, supporting declarations and the exhibits attached thereto, and the record in the above-captioned action, Plaintiffs, by their undersigned counsel, will respectfully move this Court, before the Honorable Brian R. Martinotti, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey 07101, at a date and time to be determined by this Court, for entry of the proposed Preliminary Approval Order under Federal Rule of Civil Procedure 23(e) that will consist of preliminarily approving the settlement reached between Plaintiffs and Defendant Eli Lilly and

- 1 -

Company ("Lilly"), certifying the settlement class, appointing Class Representatives and Class Counsel, approving AB Data as notice and settlement administrator, approving the form and content of notice, and scheduling a fairness hearing to consider final approval of the settlement and related matters.

The proposed Preliminary Approval Order has been agreed to by Plaintiffs and Lilly.

DATED: May 26, 2023

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY, & AGNELLO, P.C.

*/s/ James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com
decklund@carellabyrne.com

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Thomas M. Sobol
Hannah W. Brennan
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq.
5th Floor
Boston, MA 02109
tom@hbsslaw.com
hannahb@hbsslaw.com

*Counsel for the plaintiffs and class*