**WALSH PIZZI O'REILLY FALANGA**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

August 11, 2023

**FILED VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *In re Insulin Pricing Litigation,* Civil Action No. 3:17-cv-699 (BRM) (ESK)

Dear Judge Martinotti,

    This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC ("Sanofi") in the above-referenced action. We write on behalf of Sanofi and Defendant Novo Nordisk Inc. ("Novo") to respectfully request oral argument, subject to the Court's availability, on Plaintiffs' Motion for Class Certification (ECF 574) and Defendants' Motion to Exclude the Testimony of Professor Meredith Rosenthal (ECF 593). We have conferred with Plaintiffs, and all parties are available on October 2, 3, and 6. If necessary, the parties will be happy to submit additional proposed dates.

    We appreciate Your Honor's consideration of this submission and ongoing attention to this matter. We are always available should Your Honor have any questions or require anything further.

    Respectfully submitted,

    */s/ Liza M. Walsh*

    Liza M. Walsh

cc: Counsel of Record (via ECF and Email)