

**THREE GATEWAY CENTER**
100 Mulberry St, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 15, 2023

**FILED VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *In re Insulin Pricing Litigation,* Civil Action No. 3:17-cv-699 (BRM) (ESK)

Dear Judge Martinotti,

    This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC ("Sanofi") in the above-referenced action. As directed by the Court, Sanofi and Defendant Novo Nordisk Inc. have conferred with Plaintiffs regarding the dates that the Court offered for oral argument on Plaintiffs' Motion for Class Certification (ECF 574) and Defendants' Motion to Exclude the Testimony of Professor Meredith Rosenthal (ECF 593). Of those dates, and subject to the Court's availability, the parties are all available on Tuesday, November 21. If necessary, the parties will be happy to submit additional proposed dates.

    We appreciate Your Honor's consideration of this submission and ongoing attention to this matter. We are always available should Your Honor have any questions or require anything further.

Respectfully submitted,

/s/ Liza M. Walsh

Liza M. Walsh

Oral argument is scheduled for
November, 21, 2023, at 1:30 pm. in Courtroom 1.
SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: SEPT. 18, 2023