| | |
|---|---|
| Melissa A. Geist | James F. Hurst (*pro hac vice*) |
| Julia A. Lopez | Robert B. Ellis (*pro hac vice*) |
| **REED SMITH LLP** | Andrew A. Kassoff (*pro hac vice*) |
| 506 Carnegie Center | Diana M. Watral (*pro hac vice*) |
| Suite 300 | Ryan Moorman (*pro hac vice*) |
| Princeton, NJ 08540 | Jason A. Feld (*pro hac vice*) |
| Tel.: (609) 987-0050 | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle |
| Robyn E. Bladow (*pro hac vice*) | Chicago, IL 60654 |
| **KIRKLAND & ELLIS LLP** | Tel.: (312) 862-2000 |
| 555 South Flower Street, Suite 3700 | |
| Los Angeles, CA 90071 | |
| Tel.: (213) 680-8400 | |

*Attorneys for Defendant Eli Lilly and Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSULIN PRICING LITIGATION | Civil Action No. 17-699 (BRM)(ESK) |
| | **NOTICE OF WITHDRAWAL** |
| | DOCUMENT FILED ELECTRONICALLY |

**PLEASE TAKE NOTICE** that Ziwei Song of the law firm Covington & Burling LLP withdraws her pro hac vice appearance on behalf of defendant Eli Lilly and Company, in the above-consolidated matter and requests her removal from electronic notifications.

Dated:  October 6, 2023                             Respectfully submitted,

*/s/ Melissa A. Geist*

Melissa A. Geist
Julia A. Lopez
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel: (609) 987-0050

James F. Hurst, P.C. (*pro hac vice*)
Robert B. Ellis (*pro hac vice*)
Andrew A. Kassof, P.C. (*pro hac vice)*
Diana M. Watral, P.C. (*pro hac vice*)
Ryan J. Moorman (*pro hac vice*)
Jason A. Feld (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000

Robyn E. Bladow (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel.: (213) 680-8400