

**WALSH**
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 6, 2023

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    **Re:**    *In re Insulin Pricing Litigation,* **Civil Action No. 2:17-cv-699 (BRM) (RLS)**

Dear Judge Singh:

    This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC ("Sanofi") in connection with the above-referenced matter. We write on behalf of all parties to respectfully request a brief extension of the October 10, 2023 deadline to file a joint proposed Findings of Fact and Conclusions of Law as to the uncontested portions only of the Omnibus Motion to Seal, pending at D.E. 622. Specifically, the parties respectfully request the deadline be extended by one-week through and including Tuesday, October 17, 2023.

    The parties appreciate the Court's consideration of this submission. Should this request be acceptable to Your Honor, we respectfully ask that this letter be "So Ordered" and entered on the docket. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                Respectfully submitted,

                *s/Liza M. Walsh*

                Liza M. Walsh

cc:    Counsel of Record (via ECF and E-mail)

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.