# Exhibit 3

US PRESS RELEASE

# Novo Nordisk to lower U.S. prices of several pre-filled insulin pens and vials up to 75% for people living with diabetes in January 2024

*Novo Nordisk has been working to identify a sustainable approach to reduce insulin costs for patients that addresses changes in health policy and market shifts*

*Lower list prices build on long-standing history of affordability initiatives already in place which can be accessed at NovoCare.com*

*Novo Nordisk currently provides co-pay support for a number of insulin products meaning eligible patients can pay $25-35 for their insulin*

## PLAINSBORO, NJ, March 14, 2023

Novo Nordisk Inc. today announced it is lowering the U.S. list prices of several insulin products by up to 75% for people living with type 1 and type 2 diabetes. Products include both pre-filled pens and vials of basal (long-acting), bolus (short-acting) and pre-mix insulins, specifically Levemir®, Novolin®, NovoLog® and NovoLog® Mix 70/30. Novo Nordisk is also reducing the list price of unbranded biologics to match the lowered price of each respective branded insulin. These changes will go into effect on January 1, 2024.

Novo Nordisk recognizes that some patients find it difficult to pay for healthcare, including insulin. As such, the Company remains committed to reducing the burden of out-of-pocket costs, helping transform the complex pricing system, and fostering better pricing predictability. Novo Nordisk

continually reviews and revises our offerings as well as works with diverse stakeholders to create solutions for differing patient needs.

"We have been working to develop a sustainable path forward that balances patient affordability, market dynamics, and evolving policy changes," said Steve Albers, senior vice president, Market Access & Public Affairs at Novo Nordisk, Inc. "Novo Nordisk remains committed to ensuring patients living with diabetes can afford our insulins, a responsibility we take seriously."

The following changes to the wholesale acquisition cost (WAC), also known as the list price, will take effect on January 1, 2024:

> Lowering the list price of four legacy insulin brands, including NovoLog® and NovoLog® Mix 70/30 by 75% off the current list price, and Novolin® and Levemir® by 65% off the current list price. New prices of these products will be as follows:

|  | NovoLog® & NovoLog® Mix 70/30 | Levemir® | Novolin® |
|---|---|---|---|
| **Vial** | $72.34 | $107.85 | $48.20 |
| **FlexPen®** | $139.71 | $161.77 | $91.09 |

> Reducing the list price of the following unbranded biologics (pre-filled pens and vials and pre-mix insulins) to match the lowered price of each respective branded insulin: Insulin Aspart and Insulin Aspart Protamine/Insulin Aspart.

Additionally, Novo Nordisk has a variety of long-standing U.S. affordability offerings available to eligible people living with diabetes, including:

> **Unbranded Biologics:** Insulin Degludec is currently available at 65% off the list price of Tresiba®; Insulin Aspart and Insulin Aspart Protamine/Insulin Aspart are currently available at 50% off the list price of NovoLog® and NovoLog® Mix.

> **Novo Nordisk Human Insulin:** A program through Walmart for more than two decades offers human insulin for approximately $25 per vial; it is also available at CVS for $25.

> **Co-pay Savings Cards:** Co-pays for as little as $25-35 for several insulin products for eligible patients in commercial insurance plans.

> **My$99Insulin**: A 30-day supply of a combination of insulin products (up to three vials or two packs of pens) for $99, equating to $33/vial or $49.50/pack of pens.

**Immediate Supply**: A one-time free 30-day supply of insulin (up to three vials or two packs of pens) to eligible patients at risk of rationing.

**A Patient Assistance Program (PAP):** Offers free diabetes medication to people in need who meet certain eligibility criteria.

**COVID-19 Patient Assistance Program**: Offers 90 days of free insulin to eligible patients who lost healthcare coverage due to COVID-19 job loss.

Novo Nordisk will continue to work with a diverse group of stakeholders to understand emerging patient needs. People living with diabetes are encouraged to access and learn more about these affordability programs at NovoCare.com.

Please visit mynovoinsulin.com for more important information about Novo Nordisk Inc. insulins.

## About Novo Nordisk

*Novo Nordisk is a leading global healthcare company that's been making innovative medicines to help people with diabetes lead longer, healthier lives for 100 years. This heritage has given us experience and capabilities that also enable us to drive change to help people defeat other serious chronic diseases such as obesity and rare blood and endocrine disorders. We remain steadfast in our conviction that the formula for lasting success is to stay focused, think long-term and do business in a financially, socially, and environmentally responsible way. With U.S. headquarters in New Jersey and production and research facilities in seven states, Novo Nordisk employs nearly 6,000 people throughout the country. For more information, visit novonordisk-us.com, Facebook, Instagram, and Twitter.*

## Further information

**Media**:
Allison Schneider (US) +1 732 513 4875, aocd@novonordisk.com

**Investors**:
Mark Joseph Root (US) +1 848 213 3219 mjhr@novonordisk.com

Questions from non-U.S. media should be directed to GlobalMedia@novonordisk.com.