UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INSULIN PRICING LITIGATION | Case No. 2:17-cv-00699 (BRM) (RLS) <br><br> **ORDER** |

For the reasons set forth in the Court's January 24, 2024 text order (ECF No. 723), and for good cause appearing, the following motions related to the Motions for Preliminary Approval (ECF No. 639) shall be administratively terminated:

1. Motion to Intervene (ECF No. 651);
2. Motion to Intervene (ECF No. 672); and
3. Motion for leave to file an amicus curiae brief (ECF No. 681).

**SO ORDERED.**

Date: January 25, 2024

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**