In re Insulin Pricing Litigation, No. 2:17-cv-699
Class Plaintiffs' Response to ECF No. 723
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

James E. Cecchi
5 Becker Farm Rd.
Roseland, NJ 07068
(973) 994-1700, Ext. 591
jcecchi@carellabyrne.com



February 20, 2024

**By ECF**

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
Martin Luther King Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *In re Insulin Pricing Litigation*, No. 2:17-cv-699: Class Plaintiffs' Response to
       Court's minute entry, dated January 24, 2024 (ECF No. 723)

Dear Judge Singh:

        We are Interim Co-Lead Counsel for plaintiffs in the above-referenced matter.
Enclosed for the Court are public versions of Plaintiffs' Motion for Class Certification,
Plaintiffs' Reply in Support of Motion for Class Certification and Plaintiffs' Opposition to
Defendants' Motion to Exclude the Testimony of Professor Meredith Rosenthal. As Your
Honor will see, many of these documents are redacted. These redactions are consistent
with Your Honor's Order on the motion to seal and were provided to and approved by
defendants in advance of filing.

        Thank you for Your Honor's kind attention to this matter.

                        Respectfully,

                INTERIM CO-LEAD COUNSEL

        Steve W. Berman                         James E. Cecchi

Enclosures

cc:  All Counsel of Record