**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry St, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 28, 2025

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Room 7W
Trenton, NJ 08608

      Re:   *In Re: Insulin Pricing Litigation*,
              Civil Action No. 17-0699 (BRM)(RLS)

Dear Judge Singh:

      This firm, together with Jones Day, represents Defendant Sanofi-Aventis U.S. LLC in the above-referenced matter.

      Under Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval for the withdrawal of Geoffrey S. Irwin, Esq. as one of Sanofi's *pro hac vice* counsel. Mr. Irwin was admitted *pro hac vice* by the Court's Order on July 13, 2021 (Dkt. 445). The law firms of Walsh Pizzi O'Reilly Falanga and Jones Day will continue to represent Sanofi in this action.

      If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. Thank you for your consideration.

                                Respectfully submitted,

                                */s/ Liza M. Walsh*

                                Liza M. Walsh

cc: All Counsel of Record (via ECF and E-mail)